# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JUSTIN CABOT,                              :
                                           :
    Plaintiff           CIVIL ACTION NO. 3:17-0710
                                           :
v                                          :
                                           :     (JUDGE MANNION)
FEDERAL BUREAU OF PRISONS,
*et al.*,                                  :
                                           :
    Defendants          :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss and for summary judgment (Doc. 26) is **GRANTED**. Judgment is hereby entered in favor of the named Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                                                              s/ *Malachy E. Mannion*
                                                         **MALACHY E. MANNION**
                                                         **United States District Judge**

**DATED: September 7, 2018**